[This decision has been published in *Ohio Official Reports* at 93 Ohio St.3d 173.]

THE STATE OF OHIO, APPELLEE, *v*. WOZNIAK, APPELLANT.

[Cite as *State v. Wozniak*, 2001-Ohio-1307.]

*Criminal law—Sexual predators—R.C. 2950.09(B)(2) does not violate the separation of powers doctrine—Court of appeals' judgment affirmed on authority of State v. Thompson.*

(Nos. 00-2014 and 00-2157—Submitted January 9, 2001—Decided September 19, 2001.)

APPEAL from and CERTIFIED by the Court of Appeals for Franklin County, No. 00AP-349.

——————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Thompson* (2001), 92 Ohio St.3d 584, 752 N.E.2d 276.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

——————————

*Ron O'Brien,* Franklin County Prosecuting Attorney, and *Sarah W. Thompson*, Assistant Prosecuting Attorney, for appellee.

*David L. Strait*, Franklin County Public Defender, for appellant.

——————————